# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Case No. 5:19-CR-22-MOC-DSC-3 |
| 1) GREG E. LINDBERG, | ) | |
| 2) JOHN D. GRAY, | ) | |
| 3) JOHN V. PALERMO, JR., and | ) | JOHN V. PALERMO, JR.'S FIRST |
| 4) ROBERT CANNON HAYES. | ) | AMENDED EXHIBIT LIST |
| | ) | |
| | ) | |

Defendant John V. Palermo, Jr. ("Palermo"), by and through counsel, hereby identifies the following exhibits that may be offered during the trial in this matter:

| Ex. No. | Date | Description | Bates No. | Identified By | Admitted |
|---|---|---|---|---|---|
| 1. | 10/26/17, 12:33 PM | Email from Palermo | USA-00934137 | | |
| 2. | 11/10/17, 2:43 PM | Email from Palermo | USA-00056679 | | |
| 3. | 11/30/17, 8:57 AM | Email from Palermo | USA-02241995 | | |
| 4. | 12/04/17, 1:24 PM | Email from Palermo | USA-00002261 | | |
| 5. | 12/05/17, 3:21 PM | Email from Palermo | USA-00934405 | | |
| 6. | 12/13/17, 11:39 AM | Email from Perkins | USA-00004902 | | |
| 7. | 1/21/18 | Eli Global Summary of Investments | USA-00004328 | | |
| 8. | 1/27/18, 2:48 PM | Transcript and Audio: Causey/Gray Call | USA-00000136 | | |
| 9. | 2/01/18, 8:15 PM | Email from P. McCrory | USA-00927122 | | |
| 10. | 2/02/18, 2:55 PM | Email from Palermo | USA-00002577 | | |
| 11. | 2/05/18, 8:13 PM | Transcript and Audio: Causey/Gray Call | USA-00000148 | | |
| 12. | 2/06/18 | Memo from Palermo to Causey | USA-00006395 | | |

| Ex. No. | Date | Description | Bates No. | Identified By | Admitted |
|---|---|---|---|---|---|
| 13. | 2/8/18 | Confidential Memo from Perkins to G. Lindberg and L. Hensley | USA-00075456 | | |
| 14. | 2/14/18, 9:42 AM | Transcript and Audio: CHS Meeting with Lindberg, Gray, Causey and Others | N/A | | |
| 15. | 2/26/18, 11:13 AM | Transcript and Audio: Causey/Palermo Interview | N/A | | |
| 16. | 2/26/18, 8:46 PM | Transcript and Audio: Causey/Gray Call | USA-00000165 | | |
| 17. | 2/28/18, 4:33 PM | Transcript and Audio: Causey/Gray Call | USA-00000170 | | |
| 18. | 3/05/18, 10:40 AM | Transcript and Audio: Statesville Airport Meeting | USA-00000180 | | |
| 19. | 3/05/18, 5:15 PM | Transcript and Audio: Causey/Gray Call | USA-00000180 | | |
| 20. | 3/08/18, 5:31 PM | Transcript and Audio: Causey/Lindberg Call | USA-00000207 | | |
| 21. | 3/15/18, 2:28 PM | Transcript and Audio: GBIG Meeting | USA-00000006 | | |
| 22. | 3/21/18, 2:56 PM | Transcript and Audio: Palermo/Causey Call | USA-00000002 | | |
| 23. | 3/22/18, 2:59 PM | Email from Perkins | USA-00936505 | | |
| 24. | 3/22/18, 5:48 PM | Transcript and Audio: Palermo/Causey Call | USA-00000006 | | |
| 25. | 3/27/18, 2:35 PM | Transcript and Audio: GBIG Meeting | N/A | | |
| 26. | 3/28/18, 9:06 PM | Transcript and Audio: Palermo/Causey Call | USA-00000014 | | |
| 27. | 3/29/18, 8:57 PM | Transcript and Audio: Causey/Gray Call | USA-00000016 | | |
| 28. | 4/03/18, 8:33 PM | Transcript and Audio: Palermo/Causey Call | USA-00000020 | | |
| 29. | 4/05/18, 7:21 PM | Transcript and Audio: Palermo/Causey Call | USA-00000027 | | |
| 30. | 4/10/18, 5:39 PM | Transcript and Audio: Palermo/Causey Call | USA-00000036 | | |
| 31. | 4/11/18, 9:43 AM | Email from Palermo | USA-00198750 | | |
| 32. | 4/19/18, 7:28 PM | Transcript and Audio: Asheville Airport Meeting | N/A | | |

| Ex. No. | Date | Description | Bates No. | Identified By | Admitted |
|---|---|---|---|---|---|
| 33. | 4/23/18, 4:26 PM | Transcript and Audio: Palermo/Causey Call | USA-00000055 | | |
| 34. | 4/23/18, 4:41 PM | Transcript and Audio: Palermo/Causey Call | USA-00000057 | | |
| 35. | 4/24/18, 3:10 PM | Email from Palermo | USA-00927342 | | |
| 36. | 5/01/18, 10:18 PM | Email from Perkins | USA-00055734 | | |
| 37. | 5/02/18, 10:22 AM | Transcript and Audio: Causey/Hensley Meeting | N/A | | |
| 38. | 5/02/18, 4:12 PM | Transcript and Audio: Causey/Lindberg Call | USA-00000074 | | |
| 39. | 5/02/18, 8:23 PM | Transcript and Audio: Palermo/Causey Call | USA-00000078 | | |
| 40. | 5/16/18 | Texts (Gray and Palermo) | USA-00198354 | | |
| 41. | 5/16/18, 1:48 PM | Rod Perkins email | USA-00004859 | | |
| 42. | 5/16/18, 2:39 PM | Transcript and Audio: Causey/Gray/Lindberg Meeting at Greg Lindberg's House | N/A | | |
| 43. | 5/16/18, 5:17 PM | Transcript and Audio: Causey/Gray Call | USA-00000088 | | |
| 44. | 5/21/18, 6:09 PM | Transcript and Audio: Causey/Hayes Call | USA-00000092 | | |
| 45. | 5/21/18, 7:14 PM | Transcript and Audio: Causey/Gray Call | USA-00000095 | | |
| 46. | 5/22/18 | Palermo email | USA-00214719 USA-02237985 | | |
| 47. | 5/25/18 | Palermo email | USA-00927353 | | |
| 48. | 5/29/18 | Transcript and Audio: CHS Meeting with Lindberg and Gray | N/A | | |
| 49. | 5/31/18, 6:21 PM | Email from Perkins | USA-00056092 | | |
| 50. | 6/01/18, 3:48 PM | Transcript and Audio: Causey/Gray Call | USA-00000101 | | |
| 51. | 6/6/18 | Articles of Incorporation of NCGPA | USA-00198455 | | |
| 52. | 6/6/18 | Bylaws of NCGPC | USA-00001950 | | |
| 53. | 6/06/18, 8:24 AM | Transcript and Audio: Causey/Gray Call | USA-00000105 | | |

| Ex. No. | Date | Description | Bates No. | Identified By | Admitted |
|---|---|---|---|---|---|
| 54. | 6/08/18 | NC Growth & Prosperity Committee check | USA-01104094 | | |
| 55. | 6/08/18 | NC Growth & Prosperity Alliance check | USA-01104095 | | |
| 56. | 6/11/18 | Email from Palermo | USA-00002059 | | |
| 57. | 6/19/18 | Transcript and Audio: Causey/Gray/Lindberg Meeting at Greg Lindberg's House | N/A | | |
| 58. | 6/19/18, 11:16 AM | Transcript and Audio: Causey/Gray Call | USA-00000111 | | |
| 59. | 6/29/18, 11:42 AM | Email from Perkins | USA-00006864 | | |
| 60. | 7/09/18, 7:55 PM | Transcript and Audio: Causey/Gray Call | USA-00000113 | | |
| 61. | 7/11/18, 9:21 PM | Transcript and Audio: Causey/Palermo Call | USA-00000115 | | |
| 62. | 7/12/18, 1:02 AM | Email from Perkins | USA-00056467 | | |
| 63. | 7/13/18, 5:31 PM | Email from Palermo | USA-02247810 | | |
| 64. | 7/17/18 | Email from Palermo | USA-00006921 | | |
| 65. | 7/18/18 | Memo to File re NCGPC Board Meeting Minutes | USA-00022152 | | |
| 66. | 7/18/18 | Memo to File re NCGPA Board Meeting Minute | USA-00022154 | | |
| 67. | 7/18/18 | NCGPC Board Meeting Agenda | USA-00022156 | | |
| 68. | 7/18/18 | Bylaws of NCGPA | USA-00022193 | | |
| 69. | 7/20/18, 1:12 PM | Email from Palermo | USA-00022150 | | |
| 70. | 7/20/18, 12:35 PM | Email from Palermo | USA-00022151 | | |
| 71. | 7/20/18, 12:47 PM | Email from Palermo | USA-00022153 | | |
| 72. | 7/25/18, 4:55 PM | Transcript and Audio: Causey/Gray/Lindberg Meeting at Greg Lindberg's House | N/A | | |
| 73. | 7/25/18, 5:43 PM | Email from Gray | USA-00197087 | | |

| Ex. No. | Date | Description | Bates No. | Identified By | Admitted |
|---|---|---|---|---|---|
| 74. | 7/27/18, 9:59 PM | Email from Gray | USA-00197078 | | |
| 75. | 7/31/18, 4:43 PM | Email from Lindberg to Palermo and Gray | USA-00818697 | | |
| 76. | 7/31/18, 8:23 PM | Email from Palermo | USA-00007603 | | |
| 77. | 8/02/18, 11:09 AM | Transcript and Audio: Causey/Gray Call | USA-00000117 | | |
| 78. | 8/03/18, 6:22 PM | Transcript and Audio: Causey/Hayes Call | USA-00000119 | | |
| 79. | 8/06/18 | Gray text | USA-00175346 | | |
| 80. | 8/06/18, 3:30 PM | Meeting at NCGOP | USA-00197986 | | |
| 81. | 8/07/18, 8:02 PM | Email from Palermo | USA-00056262 | | |
| 82. | 8/08/18, 10:21 AM | Email from Perkins | USA-00056250 | | |
| 83. | 8/13/18, 7:47 PM | Email from Palermo | USA-00082387 | | |
| 84. | 8/14/18, 5:59 PM | Email from Palermo | USA-00084702 | | |
| 85. | 8/16/18, 9:38 AM | Email from Perkins | USA-00818732 | | |
| 86. | 8/16/18, 4:06 PM | Email from Palermo | USA-00083005 | | |
| 87. | 8/16/18, 6:59 PM | Email from Perkins | USA-00001494 | | |
| 88. | 8/19/18 | Causey/Hayes Email | USA-00819380 | | |
| 89. | 8/19/18, 4:07 PM | Email from Perkins re Donation Strategy | USA-00000794 | | |
| 90. | 8/20/18, 4:02 PM | Transcript and Audio: Causey/Hayes Call | USA-00000127 | | |
| 91. | 8/28/2018 | Hayes 302 – August 28, 2018 | HAYES_201808028 | | |
| 92. | 8/28/18, 3:00 PM | Transcript and Audio: Hayes Interview | N/A | | |
| 93. | 8/29/18 | Political Donation Criteria | USA-01096767 | | |
| 94. | 11/6/18, 2:20 PM | Email from Gray | USA-00198958 | | |
| 95. | 11/13/18, 1:03 PM | Grand Jury Transcript: Gray Testimony | USA-02242367 | | |

| Ex. No. | Date | Description | Bates No. | Identified By | Admitted |
|---|---|---|---|---|---|
| 96. | 3/18/19, 9:42 AM | Grand Jury Transcript: Mike Scherger Testimony | USA-02242452 | | |
| 97. | 9/27/2019 | Hayes Plea Agreement | N/A | | |
| 98. | 9/27/2019 | Hayes Factual Basis | N/A | | |
| 99. | N/A | Political Donation Criteria | USA-00006865 | | |
| 100. | N/A | John Palermo/GBIG Independent Expenditure Committees | USA-02237157 | | |
| 101. | N/A | Any and all documents necessary for rebuttal or impeachment of a witness | | | |
| 102. | N/A | Any and all documents identified by the United States or Defendants as an exhibit they intend to use at trial or introduced by the United States or Defendants at trial. | | | |
| 103. | 2/04/18 | Private Memo to Causey | USA-00001775 | | |
| 104. | 5/16/18 | Check | USA-02239666 | | |
| 105. | 5/25/18, 9:21 PM | Email from Palermo | USA-00196570 | | |
| 106. | 5/25/18 | Palermo Resume | USA-00196571 | | |
| 107. | 5/30/18 | FBI Memo | USA-02239777 | | |
| 108. | 7/31/18 | Text from Woodhouse | USA-02242736 | | |
| 109. | 8/05/18 | JVP Meeting Invite | USA-00000542 | | |
| 110. | 8/09/18, 5:10 PM | Email from Fornshell | USA-00177592 | | |
| 111. | 8/21/18, 3:28 PM | Email from Woodhouse | USA-00819590 | | |
| 112. | 8/23/18, 1:03 PM | Text to Causey | USA-02239776 | | |
| 113. | 8/30/18, 10:39 AM | Email from Woodhouse | USA-02143145 | | |
| 114. | 9/11/18 | Woodhouse 302 | USA-00213140 | | |
| 115. | 4/04/19 | WSJ: How Officials Undercover Role Led to Charge Against Billionaire | N/A | | |
| 116. | 9/27/19 | Causey 302 | USA-02237107 | | |
| 117. | 10/16/19 | FBI Electronic Communication | USA-02238117 | | |
| 118. | 1/04/20, | Email from Scherger | USA-00214320 | | |

| Ex. No. | Date | Description | Bates No. | Identified By | Admitted |
|---|---|---|---|---|---|
| | 3:03 PM | | | | |
| 119. | 1/08/20 | Hayes 302 | USA-02247849 | | |
| 120. | 6/05/19 | Woodhouse 302 | USA-02237030 | | |
| 121. | 11/13/17, 2:36 PM | Email from Hayes | USA-00001667 | | |
| 122. | 8/03/18, 3:02 PM | Email from Palermo | USA-00002542 | | |
| 123. | 12/11/18 | Grand Jury Transcript: Dallas Woodhouse | USA-02242544 | | |
| 124. | 6/29/18, 1:24 PM | Email from Palermo | USA-00000892 | | |
| 125. | 8/06/18 | Demonstrative: Text Message | USA-00175346 | | |
| 126. | 6/16/18 | Demonstrative: Text Message | USA-00198274 | | |
| 127. | 7/31/18, 1:43 PM | Email from Palermo | USA-00007603 | | |
| 128. | 7/24/18, 12:52 PM | Email from Palermo | USA-00818749 | | |
| 129. | 6/25/18 | Strategy Session II Meeting Minutes | USA-00818750 | | |
| 130. | 5/07/18 | May 7th Strategy Meeting | USA-00818746 | | |
| 131. | 7/13/18, 7:44 PM | Email from Palermo | USA-00055637 | | |
| 132. | 8/14/18, 1:20 PM | Email from Palermo | USA-00003073 | | |
| 133. | 5/16/18, 1:54 PM | Email from Palermo | USA-00001884 | | |
| 134. | 7/27/18, 11:19 PM | Email from West | USA-00197077 | | |
| 135. | 7/27/18, 11:15 PM | Email from West | USA-00197084 | | |

Palermo reserves the right to supplement this exhibit list as necessary.

This the 20th day of February, 2020.

                                            s/ Brian S. Cromwell
                                            Brian S. Cromwell
                                            N.C. Bar No. 23488
                                            Sarah Fulton Hutchins
                                            N.C. Bar No. 38172
                                            **Parker Poe Adams & Bernstein LLP**
                                            401 S. Tryon Street, Suite 3000
                                            Charlotte, NC 28202

7

Case 5:19-cr-00022-MOC-DSC   Document 171   Filed 02/20/20   Page 7 of 9

briancromwell@parkerpoe.com
sarahhutchins@parkerpoe.com
*Attorneys for Defendant John V. Palermo, Jr.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing **JOHN V. PALERMO, JR.'S FIRST AMENDED EXHIBIT LIST** was electronically served with the Clerk of Court using the CM/ECF system via CyberClerk, which will send notification and serve the same upon the parties.

This the 20th day of February, 2020.

s/ Brian S. Cromwell
Brian S. Cromwell
N.C. Bar No. 23488
Sarah Fulton Hutchins
N.C. Bar No. 38172
**Parker Poe Adams & Bernstein LLP**
401 S. Tryon Street, Suite 3000
Charlotte, NC 28202
briancromwell@parkerpoe.com
sarahhutchins@parkerpoe.com
*Attorneys for Defendant John V. Palermo, Jr.*
