# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE Division

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT OF ACQUITTAL |
| V. | |
| John V. Palermo Jr | CASE NUMBER: 5:19-cr-00022-MOC-DSC |

    The Defendant was found not guilty as to counts 1, 2.  IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: December 21, 2020

*[signature]*

Max O. Cogburn Jr
United States District Judge